# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **TITANIDE VENTURES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORPORATION,**<br><br><br>Defendants. | **Case No.: 4:12-cv-00197-RC-ALM**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE, MICROSOFT CORPORATION

Plaintiff Titanide Ventures, LLC ("Titanide") and Defendant Microsoft Corporation ("Microsoft") announce to the Court that they have settled their claims for relief asserted in this cause and thus move this Court to dismiss all claims asserted between Titanide and Microsoft with prejudice. Each party is to bear its own costs and fees, including attorneys' fees. A proposed order accompanies this Motion.


DATED: June 12, 2012            Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*/s/Christopher D. Banys*
　　　　　　　　　　　　　　　　　　　Christopher D. Banys - ***Lead Attorney***

　　　　　　　　　　　　　　　　　　　THE LANIER LAW FIRM, P.C.
　　　　　　　　　　　　　　　　　　　Christopher D. Banys　SBN: 230038 (California)
　　　　　　　　　　　　　　　　　　　Daniel W. Bedell　　　SBN: 254912 (California)
　　　　　　　　　　　　　　　　　　　2200 Geng Road, Suite 200
　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94303
　　　　　　　　　　　　　　　　　　　(650) 322-9100　　　(650) 322-9103 (fax)
　　　　　　　　　　　　　　　　　　　cdb@lanierlawfirm.com
　　　　　　　　　　　　　　　　　　　dwb@lanierlawfirm.com

        LOCAL COUNSEL:

        WARD & SMITH LAW FIRM
        Wesley Hill      SBN: 24032294
        111 W. Tyler Street
        Longview, TX 75601
        (903) 757-6400
        (903) 757-2323 (FAX)
        wh@wsfirm.com

        **ATTORNEYS FOR PLAINTIFF**
        **TITANIDE VENTURES, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 12th day of June, 2012.

*/s/ Georgia Perivoliotis*
Georgia Perivoliotis